### FOGG ag$^t$ W$^{ms}$

Ezekiel Fogg & Comp$^a$ plaint$^s$ agt John Williams Def$^{dt}$ in an action of the case upon acco$^t$ to the value of twenty six pounds one Shilling & five pence or thereabouts being for goods sold & delivered himselfe & Cap$^t$ Tho: Frizell in consortship as per saide Acc$^o$ will more evidently appeare with all due damages according to attachm$^t$ dat. Janu$^{ry}$ 5th 1675. . . . The Jury . . . founde for the plaint. the ballance of the Acco$^t$ nine pounds Seventeen Shillings & five pence in mony & costs of Court Fifteen Shillings ten pence

Execucion issued Feb$^{ry.}$ 2$^d$ 1675

[ A case respecting the Lynn Ironworks, Fogg being some sort of agent for the English Company of Undertakers. As a result of his losing an action with Hudson Leverett at the previous January session (above, p. 546), Fogg was consigned to jail, whence he issued the following petition to the Court of Assistants (S. F. 1472.3):

To The Right: Honno$^{rbl}$ Governo$^r$ And Worpp$^{ll}$ Maiestrates Setting on Bench: in the: Honn$^{oble}$ Court of Assistence

The Humble Petion: of Ezekiell Fogg: A Disconnsolate Prisono$^r$ Hummbly sheweth

That yo$^r$ Peticion$^r$ being Committed vppon Execution. whare hath Layne Alredy Eue$^r$ Sence the 5th of Feb$^{ry}$ Last & Like heere to Continnew till releefe from England: w$^{ch}$ will bee a Long tyme before Can Exspect Instructions from ou$^r$ Compan. vppon whose acc$^{ott}$ I am this Sufferer I haueing Advannce$^d$ vpward$^s$ of 2 or 300$li$: more then haue Effects of theires in my hands. & through M$^r$ Giffards Fraudulent Dealeing in not paying what he ought but Consumeing ou$^r$ Compan: stocke in his private Concearnes or at Least Combineing with ou$^r$ Servan$^{ts}$ at whose Suite I am heere. w$^{ch}$ Seemes to be Euedent by Reason as hee is at Liburttie. & yett the princeple. that ought to a benn taken with this Execution and not I: besides no Longer Sence then Last night hee Came to mee in an vpbrayding mano$^r$ Flinging the Sentence of y$^e$ Court (for my Folly) in my teeth Contrarye to Law: after a Courts Sentence is Sattisfied butt with very reproachfull Languedg & Dreadfull Cursses did hee abuse mee: vppon my requesting of him to help mee to Fortye od shillings that I Lately Lent him in mony out of my Pockett w$^{ch}$ would Now in my restraint a Done mee a kindnes: but instead thereof hee flew out in Such a radge Saying the Divell should: haue mee. & the Like. hasting out of my Chamber: with these Expressions that I should Lye heere & Rott Dubleing of it that I should Lye heere till Dice ware made of my boones before I should Com out. Implyeing thereby: my Abideing heere is of his Contryvience or Combinnation as before recited: by w$^{ch}$ may See that the mercyes of men are Crueltie who at the worst Can but reach the body yet to be heere: Destitute of Publiqe ordennances: is preiuditiell: to the Soule: which I know yo$^r$ Honno$^{rs}$ in Contience are soe tende$^r$ off that noe prisono$^r$ (Desiereing) might be Depriued of those Gospell privell[e]dges; which God hath Appoynted in his Publiqe Worshipp: Therefore yo$^r$ Petitieo$^r$ Doth humbly Pray yo$^r$ Honno$^{rs}$ will please Soe to Consider the premmieses as Vouchsafe mee yo$^r$ honno$^{rs}$ Ordo$^r$, for the Libertie of Goeing to meeteing on Sabath & Lecto$^r$ Dayse that I might Experience whilst men Curse God blesse & by Gods Blessing vndo$^r$ Publique ordinances receue Soule Inlardgmen$^t$: whilst vndo$^r$ Bodyly Restraint: And alsoe Sume tymmes would Craue the Libertie to See my Sicke Brothe$^r$ who hath by y$^e$ visseting hand of God Keept his bed & Chamber in this towne about this 6 mounths that Soe wee might: be a Little Comfortt to each other for he is vncapiable of visseting mee. Thus haueing Discharged my Contienc in appeareing not neclegent in y$^e$ vse of meanes in what in me Lyeth: in this my adress to yo$^r$ honno$^{rs}$ in whose brest & powre it is I haueing to y$^e$ Keeper alredy given no Les then 600$li$. Sofitient Securitie for my Faithfull Imprisonmen$^t$ And shall Comend the Effect: & my Cause to the wise Disposuer of all things not yo$^r$ honno$^{rs}$ redines of Adheereing to Such a Christian act & Reasonable Request the Answareing of w$^{ch}$

will Deepely obleig yo<sup>r</sup> Honno<sup>rs</sup> humble And Confind Petitieo<sup>r</sup> as in Dutye bound ever to pray:

Boston Prison:   Whilst I Am: Ezekiell Fogg
  the. 2<sup>d</sup> of: 1st m° 7$\frac{4}{5}$   1674

              5 march 1674

In Ans<sup>r</sup> to this peticion the Court Declares that when the peticione hath honestly pajd his Debts he may be at his liberty altogether

             past E R S

## To which Gifford replied with a counter-petition (S. F. 1472.5):

To the Hono<sup>ble</sup> the Gove<sup>r</sup> And Maiestrates Now Setting in the honored Court of Assistance In Boston:

The remonstrans of John Giffard to the honorable Courte. Humblye sheweth:

That wheras yo<sup>r</sup> honors haue beene presented with a petion from m<sup>r</sup> Fogg wherein he makes many Scandilous Complai[nts] against me thereby to defame me both to this hono<sup>rd</sup> Court and Countrye. As not desirous to be ouer troublesome to you<sup>r</sup> honors in you<sup>r</sup> more waitee affaires yet giue me leaue a little to remonstrate the truth in answer to his Scandilous and hollowharted petition. As to his furst relation y<sup>t</sup> he giues of his Imprisonment. He may thanke himselfe haueing Convayde away Soe much of the Comp<sup>a</sup> estate as he hath done, and Soe largely Spent vpon it. and hath Soe large and estate as he hath at New yorke betweene 5 and 6 hundred pounds, which can be prooved by oath from his owne mouth and hath still estate remaineing of y<sup>e</sup> Comp<sup>a</sup> in his hands which he hath made ouer to m<sup>r</sup> Sands for his Securetye, he becomeing Securetye for m<sup>r</sup> fogg to be a true prisoner as in his petition he demonstrates. Now he knowes that what estate was Committed to him from the Comp<sup>a</sup> was to be improoved for the Carring on of the Comp<sup>a</sup> affaires in the workes, which vpon my request and others that desired him to furnish the workemen but with 20 pound which would haue stopt these prosedeings. he answred he would not (noe if 5s would doe it, but he keepes me both out of my owne estate and Comp<sup>a</sup> estate to make and estate to himselfe, lett what will be come of workes or workemen And where as he sayes he hath advanst vpwards of 2 or 300 pounds more then he hath efects it is noe Such thing, for it is well knowne to the Comp<sup>a</sup> and my Selfe he neuer brought a farthing into Stock, what he hath Spent and liued vpon must be raysed out of our estates. And in Case he will haue that to be true the like must belong to me as well as him being partnors in neere 300 pound worth of goods Bough[t] out of England in ioynt ship betweene us that had noe relation to the Comp<sup>a</sup> he keepes both this, and that which is of the Comp<sup>a</sup> and trades with as he please and will not furnish me with any to helpe forward our business. though I lye at the [Stake] for what euer he can Claime in England which If I might intreat that favor of you<sup>r</sup> honors to Consider of and to put me in Some way that I might force estate out of his hands to Carry our business and End with.

To what he Chargis me with fraudelensye in my dealings and Consumeing the Comp<sup>a</sup> estate. I waye not his charge haueing the testimonye of owne Consience to the Contrarye that I haue and doe studdye the good of the Comp<sup>a</sup> and were it that I had of my owne to make present Supply by turneing in to moneys the Comp<sup>a</sup> Conserne should not want nor shall Soe long as I Can helpe it, it haue-

ing layne vpon my shoulders now this 6 moneths time and more without any assistance from him but to those Chargis of his he may lay his hand vpon his mouth and looke back on himselfe and Consider how easy Such things wilbe prooved against him, he haueing Soe vainely and wickedly Spent that estate w^ch would haue Carryed our business and end with out any further trouble.

As for my abradeing of him with reproachfull language and dredfull Curses. I denye, and question not but you^r honors haue knowledge of him and Countrye both what a lyer he hath made himselfe out to be. I haue beene heere in the Countrye I thanke God neere this 35 yeere I know not y^t any can Charge me either with Curseing or Swareing or that I euer was adicted there vnto but that it was euer hatefull to me, and through Gods helpe euer shall but that which layes this Scandall vpon me for, is, for what testimonye I haue borne against him, for his vitious Course, when he tooke a Cup of Sack in his hand and holding of it vp (as if he would Call heauen to record to showe his Cleereness and Innosensy in the last Sinfull business y^t was before yo^r honors, that I stopt his hand and bore wittniss against him, he then abraded me, to the Spectators that was present and no[w] he thus doth againe because he knowes w^t advise I gaue him to take heed of his actions in prison where he had a prissnor, that was reported to be m^r[^s] Gillum made in his Chamber in the darke, non but him and she alone for a great Space of time. which Can be testifyed by M^r Grice that went in to the Chamber. and what he sayd to m^r fogg after I was Come away. which indeed telling him of these things with out abradeing of him he fell abaseing of me with words, where vpon I told him that if this wa[s] all the thanks I had for my loue he should stay in prison long enough tell dice might be made of his bones before I would Come to See him.

Thus hopeing that his Slanderous tounge will not occasion you^r honors to looke vpon me with that Eye that m^r fogg would render me to be [    ]

you^r hono^rs humble Sarvant

John Giffard

March: 5th 1674/5

The following account, for which Fogg sued, is in S. F. 1472.7:

Boston New-England Ann° 1674

John Williams & Cap^t Thomas Frizell in consortship, to acco^t of Ezekiel Fogg & Comp^a are                                                                                            D^r

May. 1

| To Sundry goods bought of Ezekiel Fogg Viz^t | li s d |
|---|---|
| 1000. of. 4^d Nayles | £00:03:03 |
| 1000. of. 6^d Nayles | £00:04:06 |
| 1000. of. 10^d Nayles | £00:09:06 |
| 2. pitt Saws at .8^s per p^s | £00:16:00 |
| 4 pair of Hose N° 51. at 4^s 6^d per pair | £00:18:00 |
| 4. pair ditto N° 52. 5^s per pair | £01:00:00 |
| 1. bedtick & boulster | £00:14:00 |
| 3^li of black & brown thred | £00:12:00 |
| 2^li ½. of whited brown N° 25 | £00:14:06 |
| 2^c ½ of Needles .2/6 per ^c | £00:05:00 |
| 1. paper of Strapeing N° 1 | £00:05:00 |
| ½. doz. of pinns N° 11 | £00:08:06 |

|  | $li\ s\ d$ |
|---|---|
| 1. barrell of powder . . . . . . . . . . . . . . . . . . . . . | £06:00:00 |
| 12$^{li}$ of Shott. 4$^s$ . . . . . . . . . . . . . . . . . . . . | £00:04:00 |
| $\frac{1}{2}$. doz of Spades . . . . . . . . . . . . . . . . . . . . | £00:16:00 |
| 5. rowles of Tobacco. w$^a$ 100$^{li}$ at 4$^d$ $\frac{1}{2}$. per$^{li}$ . . . . . . . . | £01:17:06 |
| 2. barrells of Molasses . . . . . . . . . . . . . . . . | £02:15:00 |
| 1. bagg of cotten N$^o$ 1. q$^t$ 184$^{li}$ . . . . . . . . . . . . . . | £04:19:08 |

June 24.

|  |  |
|---|---|
| 36. glasses . . . . . . . . . . . . . . . . . . . . . . . . . | £01:04:00 |
| 1. Cuttace . . . . . . . . . . . . . . . . . . . . . . . . | £01:15:00 |
|  | £26:01:05 |

Errors Excepted per mee Ezekiel Fogg

per Contra        Boston New-England. 1674.        Cred$^r$

May 2.        $li\ s\ d$

|  |  |
|---|---|
| By Cash received from Cap$^t$ Thomas Frizell . . . . . . . . | £10:07:00 |
| By a discount with Arthur Mason for bread . . . . . . . . | £04:05:00 |
| By a paire of Stilliards from Cap$^t$ Frizell . . . . . . . . . . | £01:12:00 |
|  | £16:04:00 |
| Rest due to ballance per Contra . . . . . . . . . . . . | 09:17:05 |
| Summa | £26:01:05 |

Sworn in Court to bee a just & true acco$^t$ both of debt & Credit, being compared with his Booke January. 26. 1675 @

as Attests Is$^a$ Addington Cler.

The case was reviewed at the April session. See below, p. 685.]